## BAUGH *v.* LOVVORN.

BECK, J. Under the ruling made this day in the case of *Law* v. *McCord*, ante, in which it is held that the act approved September 4, 1908, entitled an act to provide for the establishment of children's courts as branches of the superior courts, etc., is unconstitutional, the denial of the writ of habeas corpus in the present case was error.

*Judgment reversed. All the Justices concur.*

AUGUST 14, 1915.

Habeas corpus. Before Judge Park. Baldwin superior court. November 7, 1914.

*R. O. Lovett,* for plaintiff.

*J. E. Pottle, solicitor-general,* for defendant.